May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**JASON FELT, CANARY FINANCIAL, INC., JONATHAN WASSSERBERG, AND WASSERBERG INVESTMENTS, INC., Appellants**

NO. 14-11-00783-CV                    V.

**COMERICA BANK, Appellee**

_____

This cause, an appeal from the judgment signed April 21, 2011 in favor of appellee Comerica Bank, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Jason Felt, Canary Financial, Inc., Jonathan Wassserberg, and Wasserberg Investments, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.